Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV  89146
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

*Attorneys for Yvette Weinstein, Chapter 7 Trustee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LIONEL, SAWYER & COLLINS, LTD.,<br><br>Debtor. | Case No. 2:17-cv-00036-GMN-NJK |
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN LEGION CHINA POST 1 – THE GENERALS WARD & CHENNAULT & LT. HELSETH POST, a Texas nonprofit corporation; and H. OWNBY, temporary trustee of The Fischer Trust,<br><br>Defendants. | Bankruptcy Case No. BK-S-15-10462-MKN<br><br>Chapter 7<br><br>Adversary Proceeding No. 16-01123-MKN |

## MOTION TO EXTEND DEADLINE FOR RESPONSE TO MOTION FOR WITHDRAWAL OF REFERENCE

Plaintiff YVETTE WEINSTEIN ("Chapter 7 Trustee" or "Plaintiff"), in her capacity as Chapter 7 Trustee of the bankruptcy estate of Lionel Sawyer & Collins, Ltd. ("LSC" or the "Debtor"), by and through her counsel, Schwartzer & McPherson Law Firm, respectfully moves this Court for an extension of the deadline for the Trustee to file a response to the pending *Motion for Withdrawal of Reference* (the "Motion") filed by defendant American Legion China Post 1 -

The Generals Ward & Chennault & Lt. Helseth Post and defendant H. Ownby (collectively the "Defendants").

1. Neither the Chapter 7 Trustee (Yvette Weinstein) nor her counsel received notice of the U.S. District Court case assignment. It appears notice was instead served by mail to the Office of the United States Trustee, a third-party neither named nor participating in this action.

2. Chapter 7 Trustee's counsel was therefore unaware that the case had been assigned, and that the response deadline to the Motion was January 18, 2017.

3. This situation was brought to the attention of Chapter 7 Trustee's counsel last night by Defendants' counsel, and Defendants' counsel has graciously agreed to extend the deadline for the Chapter 7 Trustee to respond to the Motion for ten (10) days until Monday February 6, 2017.

4. Accordingly, the Chapter 7 Trustee requests that the deadline for her to respond to the Motion be extended to Monday, February 6, 2017, and that the subsequent reply deadlines applicable to Defendants be correspondingly extended.

Dated: January 27, 2017.

_____
Jason A. Imes, Esq., (NV Bar No. 7030)
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys for Yvette Weinstein, Chapter 7 Trustee*

**ORDER**

**IT IS HEREBY ORDERED** that the deadline to respond to the Motion for Withdrawal, (ECF No. 1), is **EXTENDED** to February 6, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this __6__ day of February, 2017.