Marquis Aurbach Coffing
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jason M. Gerber, Esq.
Nevada Bar No. 9812
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jgerber@maclaw.com
jlee@maclaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>LIONEL, SAWYER & COLLINS, LTD.,<br><br>Debtor.<br><br>Yvette Weinstein, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN LEGION CHINA POST 1 – THE GENERALS WARDS & CHENNAULT & LT. HELSETH POST, a Texas nonprofit corporation; and H. OWNBY, temporary trustee of The Fischer Trust,<br><br>Defendants. | Case No.: 2:17-cv-00036-GMN-NJK<br><br>Case No.: BK-S-15-10462-MKN<br>Chapter: 7<br><br>Adversary Proceeding: 16-01123-mkn<br><br>**<u>PROPOSED ORDER GRANTING MOTION TO WITHDRAW REFERENCE</u>** |

Defendants, AMERICAN LEGION CHINA POST 1 – THE GENERALS WARDS & CHENNAULT & LT. HELSETH POST, a Texas nonprofit corporation; and H. OWNBY, temporary trustee of The Fischer Trust (collectively "Defendants") by and through their counsel, Marquis Aurbach Coffing, filed their Motion for Withdrawal of Reference on January 4, 2017; Yvette Weinstein, Chapter 7 Trustee filed its Notice of Non-Opposition on

MAC:14654-001 3053309_1 4/12/2017 10:43 AM

February 6, 2017; and, based on the pleadings submitted by the parties, the Court finds as follows:

1. The Post has sought withdrawal of a bankruptcy referral in Adversary Proceedings 16-01123-MKN;

2. The Court finds that judicial efficiency will be served by withdrawing the reference;

3. The Court finds that the claims at issue in this case are non-core proceedings as confirmed by the Trustee;

4. The Post would be entitled to a jury trial;

5. No unnecessary delay or costs will be incurred if this matter is heard by the District Court;

6. There is no evidence or issue with forum shopping; and

7. The Post's request is timely pursuant to LR-5011(b);

Therefore the Motion is granted.

Dated this 12th day of April, 2017.

MARQUIS AURBACH COFFING

By: /s/ Jason M. Gerber
    Jason M. Gerber, Esq.
    Nevada Bar No. 9812
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants

Dated this 12th day of April, 2017.

SCHWARTZER & MCPHERSON

By: /s/ Jason A. Imes
    Jason A. Imes, Esq.
    Nevada Bar No. 7030
    2850 So. Jones Blvd., Suite 1
    Las Vegas, Nevada 89146
    Attorneys for Yvette Weinstein,
    Chapter 7 Trustee

## ORDER

**IT IS FURTHER ORDERED** that a status conference is set for Wednesday, February 21, 2018, at 1:30 PM in LV Courtroom 7C before Chief Judge Navarro.

DATED this __7__ day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

MAC:14654-001 3053309_1 4/12/2017 10:43 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816