Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for Yvette Weinstein, Chapter 7 Trustee*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LIONEL, SAWYER & COLLINS, LTD.,<br><br>Debtor. | **Case No. 2:17-cv-00036-GMN-NJK** |
| YVETTE WEINSTEIN,<br>CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN LEGION CHINA POST 1 – THE GENERALS WARD & CHENNAULT & LT. HELSETH POST, a Texas nonprofit corporation; and H. OWNBY, temporary trustee of The Fischer Trust,<br><br>Defendants. | Bankruptcy Case No. BK-S-15-10462-MKN<br><br>Chapter 7<br><br>Adversary Proceeding No. 16-01123-MKN |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO APPROVED SETTLEMENT AGREEMENT

Plaintiff YVETTE WEINSTEIN, Chapter 7 Trustee for the bankruptcy estate of Lionel Sawyer & Collins, Ltd. (the "Trustee"), by and through her counsel, Schwartzer & McPherson Law Firm, and Defendants AMERICAN LEGION CHINA POST 1 – THE GENERALS WARD AND CHENNAULT & LT. HELSETH POST ("China Post"), and Kerry Kilburn as temporary trustee of THE FISCHER TRUST DATED NOVEMBER 21, 1988 (the "Fischer Trust"), by and through their counsel, the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

WHEREAS, on January 30, 2015, Lionel Sawyer & Collins, Ltd. ("LS&C"), filed a voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code) ("Petition Date") and that case is pending in the United States Bankruptcy Court, District of Nevada (the "Bankruptcy Court") as case number 15-10462-MKN, and Yvette Weinstein is the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate; and

WHEREAS, on November 22, 2016, the Trustee filed a complaint in Bankruptcy Court against China Post and the Fischer Trust (referred to collectively as the "Defendants") commencing Adversary Proceeding No. 16-01123-MKN seeking judgment for recovery of certain attorney's fees and costs (the "Trustee's Claim").

WHEREAS, on February 8, 2018, reference of the Trustee's Claim was withdrawn from the Bankruptcy Court pursuant to 28 U.S.C. §157(f) and the litigation was moved to United States District Court, District of Nevada, as Civil Case No. 2-17-cv-00036 where it has subsequently been litigated by the Parties. Certain scheduling deadlines have been set [ECF No. 10] but a trial date has not been scheduled at this time; and

WHEREAS, the Trustee and Defendants have reached a settlement agreement (the "Settlement Agreement") and the Settlement Agreement has been approved by the Bankruptcy Court pursuant to Fed.R.Bankr.P. 9019 as set forth in the Bankruptcy Court's *Order Granting Motion for Approval of Settlement Agreement with American Legion China Post 1 and the Fischer Trust* entered November 30, 2018 [*see* Bankruptcy Court ECF No. 918].

WHEREAS, the Settlement Agreement has been fully funded, so the Trustee and Defendants agree that the Trustee's Claim and all related litigation (including Adversary Proceeding No. 16-01123-MKN pending in Bankruptcy Court, and Civil Case No. 2-17-cv-00036-GMN-NJK pending before this Court) shall be dismissed with prejudice and all pending hearings and trial dates shall be vacated.

///
///
///
///

BASED UPON THE FOREGOING, the Trustee and the Defendants stipulate and agree that this Civil Case No. 2-17-cv-00036-GMN-NJK pending before this Court shall be dismissed with prejudice pursuant to the terms of the Settlement Agreement and all pending hearings and trial dates shall be vacated.

Dated: ~~December~~ JANUARY 2, 2018

_____
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
*Counsel for Plaintiff*

Dated: ~~December~~ January 2, 2019

_____
Terry A. Coffing, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
*Counsel for Defendants*

### ORDER

Based upon the foregoing Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that this Civil Case No. 2-17-cv-00036-GMN-NJK pending before this Court is hereby dismissed with prejudice and all pending hearings and trial dates shall be vacated.

**IT IS SO ORDERED.**

**DATED** this 10 day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court